IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ROGER LEE DEAL, SR., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-6 |
| | ) | |
| BARACK OBAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on October 13, 2017, was served on the plaintiff. Docs. 3, 4. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation in full, as supplemented herein.

This complaint is yet another in a long line of frivolous complaints filed by Mr. Deal. *See, e.g.*, *Deal v. Cole*, No. 3:13-CV-158-RJC, 2013 WL 1190635, at \*1 (W.D.N.C. Mar. 22, 2013) (collecting cases). His claims have been rejected in the past and he has been notified repeatedly about the need to submit a filing fee with any complaint, absent extenuating circumstances not present here. *See* Doc. 2; *see also Deal v. Ellis*, 1:17-CV-653, Order & Rec., Doc. 3 (M.D.N.C. Sept. 14, 2017). Dismissal without prejudice serves no purpose, as Mr. Deal has repeatedly shown himself unable to comply with basic rules applicable to all lawsuits and there is no reason to think he will comply going forward. For this reason, the complaint will be dismissed with prejudice.

The Court further finds that a pre-filing injunction is appropriate for the reasons stated by the Magistrate Judge and in view of additional frivolous lawsuits filed by Roger Deal after filing that lawsuit. *See Deal v. Lovin*, et al., 1:17-CV-73; *Deal v. Ellis, et al.*, 1:17-CV-653; and *Deal v. Butler, et al.*, 1:17-CV-981. That injunction will be entered by separate order.

This the 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE